Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00063-CV

**IN RE** Tracey W. **MURPHY** and Matthew D. **WHITMIRE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting: Catherine Stone, Chief Justice
    Karen Angelini, Justice
    Steven C. Hilbig, Justice

Delivered and Filed:  February 18, 2009

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On February 2, 2009, relators Tracey W. Murphy and Matthew D. Whitmire jointly filed a petition for writ of mandamus seeking to compel the District Clerk of Karnes County to file and process their pleadings.[2]  We conclude this court does not have jurisdiction to grant the requested relief.  This court has no mandamus jurisdiction over a district clerk unless the issuance of the writ is necessary to enforce our jurisdiction.  *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (Vernon 2004); *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding); *see also*

---

[1] There is no trial court cause number in either of these cases because relators allege the district clerk has not filed their pleadings and assigned a cause number.

[2] We note that it is improper for relators to jointly file a petition for writ of mandamus relating to each of their individual trial court cases.  In the future, relators are encouraged to file their petitions for writ of mandamus individually.

*In re Simmonds*, 271 S.W.3d 874 (Tex. App.—Waco 2008, orig. proceeding). Relators have failed to establish the writ they are requesting is necessary to enforce our jurisdiction. Accordingly, relators' petition for writ of mandamus is dismissed for lack of jurisdiction.


PER CURIAM